| AO 10*<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Peterson, James D. | 2. Court or Organization<br><br>District Court - Western District of Wisconsin | 3. Date of Report<br><br>01/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge Active Status | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination    Date 01/06/2014<br>[ ] Initial    [ ] Annual    [ ] Final<br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/22/2013 |
| 7. Chambers or Office Address<br><br>Godfrey & Kahn, S.C<br>One East Main Street, Suite 500<br>Madison, Wisconsin 53703 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder | Godfrey & Kahn, S.C |
| 2. President | Western District Bar Association |
| 3. President-elect | Western District Bar Association |
| 4. Co-trustee | Trust No. 1 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998-1999 | Wisconsin Retirement System Plan; balance payable at retirement |
| 2. 2009 | Promissory Note - Godfrey & Kahn, S.C.; payable from 2019-2023 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 01/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Godfrey & Kahn, S.C. - salary | $171,167.00 |
| 2. | 2012 | Godfrey & Kahn, S.C. - salary | $293,772.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Associated Banc-Corp - salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 01/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

NONE *(No reportable gifts.)*

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Ally Bank cash account | A | Interest | M | T | Exempt | | | | |
| 2. | Associated Bank cash account | A | Interest | J | T | | | | | |
| 3. | UW Credit Union cash account | A | Interest | J | T | | | | | |
| 4. | Promissory Note - Godfrey & Kahn, S.C. | B | Interest | K | T | | | | | |
| 5. | Associated Banc-Corp Stock | A | Dividend | K | T | | | | | |
| 6. | BMO Financial Group Stock | A | Dividend | K | T | | | | | |
| 7. | Fidelity National Information Services Stock | A | Dividend | J | T | | | | | |
| 8. | American Funds EuroPacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 9. | BMO Short-Intermediate Bond Fund | B | Int./Div. | M | T | | | | | |
| 10. | Columbia Acorn Fund | E | Int./Div. | N | T | | | | | |
| 11. | Columbia Mid Cap Value Fund | B | Int./Div. | J | T | | | | | |
| 12. | CREF Stock | | None | L | T | | | | | |
| 13. | Dodge & Cox Stock Fund | A | Int./Div. | K | T | | | | | |
| 14. | Fidelity Government Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. | Fidelity Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 16. | Franklin Templeton Moderate Allocation Fund | A | Int./Div. | K | T | | | | | |
| 17. | Harbor International Institutional Fund | A | Int./Div. | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Spartan 500 Index Fund | A | Int./Div. | M | T | | | | | |
| 19.  Spartan Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 20.  Spartan Small Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 21.  T. Rowe Price Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 22.  Vanguard Institutional Index Fund | A | Int./Div. | M | T | | | | | |
| 23.  Vanguard Balanced Index Fund | B | Int./Div. | N | T | | | | | |
| 24.  Godfrey & Kahn, S.C. Stock | | None | J | U | | | | | |
| 25.  GK Phenomenelle Fund LLC Membership | | None | K | U | | | | | |
| 26.  2011 Water Street Investors I | | None | J | U | | | | | |
| 27.  2011 Water Street Investors II | | None | J | U | | | | | |
| 28.  Northwestern Mutual Universal Life | A | Interest | J | T | | | | | |
| 29.  Vanguard 500 Index Fund | B | Int./Div. | | | | | | | |
| 30.  Alger Spectra Fund | A | Int./Div. | | | | | | | |
| 31.  Nuveen Real Estate Securities Fund | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 01/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1 has no reportable assets.

The Alger Spectra Fund and the Nuveen Real Estate Securities Fund listed in Part VII were inadvertently omitted from the previous Nomination Report dated November 7, 2013.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Peterson, James D. | 01/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James D. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 169 | 495 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 322 | 701 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 36 | 294 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 50 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 197 | 202 |
| Real estate owned – personal residence | | 347 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 82 | 000 | | | | |
| Cash value-life insurance | | 5 | 851 | | | | |
| Other assets itemize: | | | | | | | |
| Wisconsin Retirement System Pension Plan | | 5 | 210 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 197 | 202 |
| | | | | Net Worth | 1 | 821 | 314 |
| Total Assets | 2 | 018 | 551 | Total liabilities and net worth | 2 | 018 | 551 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 7 | 650 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |